IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(in admiralty)
CASE NO. 1:24-CV-24671-KMM

**AIG PROPERTY CASUALTY COMPANY,**
As subrogee
     Plaintiff,
v.
**RODRIGUEZ OCEAN YACHTS, LLC**
a Florida Limited
Liability Company,
       Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that the above-captioned action is voluntarily dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with prejudice, and with each party bearing its own costs and attorneys' fees.

Dated this 27th day of August 2025.

| | |
|---|---|
| s/ *Alvaro L. Mejer* | s/ *Matthew C. Scarfone* |
| **Alvaro L. Mejer, Esq.** | **Matthew C. Scarfone, Esq.** |
| Fla Bar No. 222623 | Florida Bar No. 94306 |
| MEJER LAW, P.A. | **Colodny Fass** |
| Sun Trust Plaza / Suite 504 | 1401 NW 136th Avenue, Suite 200 |
| 201 Alhambra Circle | Sunrise, Florida 33323 |
| Coral Gables, Florida 33134 | |