**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 24-CV-24671-ELFENBEIN

**AIG PROPERTY CASUALTY COMPANY,**

    Plaintiff,

v.

**RODRIGUEZ OCEAN YACHTS, LLC**,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** is before the Court on the Parties' Joint Notice of Voluntary Dismissal (the "Joint Notice"), ECF No. [45]. The Court has carefully reviewed the Joint Notice, requesting dismissal with prejudice of all claims with each party to bear its own attorney's fees and costs, has carefully reviewed the record in this case, and is otherwise fully advised. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Joint Notice, **ECF No. [45]**, is **APPROVED** and **ADOPTED**;

    2. The above-styled case is **DISMISSED WITH PREJUDICE**;

    3. Each Party shall bear its own attorney's fees and costs;

    4. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**;

    5. The Clerk of Court is directed to **CLOSE** this case.

CASE NO. 24-CV-24671-ELFENBEIN

**DONE and ORDERED** in Chambers in Miami, Florida on August 27, 2025.

_____
**MARTY FULGUEIRA ELFENBEIN**
**UNITED STATES MAGISTRATE JUDGE**

cc:  All Counsel of Record